# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS
### No. 07-049V
### (Not to be published)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DIANE DAVIS and  
ANDREW DAVIS,  
as parents of L.D., a minor,

       Petitioners,

v.

SECRETARY OF HEALTH AND  
HUMAN SERVICES

       Respondent.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Filed: June 8, 2015

Decision on Attorneys' Fees and Costs

## DECISION (ATTORNEYS' FEES AND COSTS)

      In this case under the National Vaccine Injury Compensation Program,[1] I issued a Decision on May 27, 2015. On May 22, 2015, the parties filed a Stipulation Regarding Final Attorneys' Fees and Costs in this matter.[2] The parties' stipulation requests a total payment of $7,369.84, representing attorneys' fees and costs of $5,369.84, and $2000.00 of costs expended by Petitioners.

      I find that this Petition was filed and pursued in good faith and with a reasonable basis. Thus, an award for fees and costs is appropriate at this time, pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1). Further, the proposed amounts seem reasonable and appropriate. Accordingly, I hereby award the following attorneys' fees and costs pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1):

---

[1] The applicable statutory provisions defining the program are found at 42 U.S.C. § 300aa-10 *et seq*. (2006).

[2] I note that the parties' Stipulation includes a discussion of respondent's statutory objection to "interim fees" in general. (see footnote 1.) Since this Decision does not involve "interim fees," there is no need to discuss that issue.

- a lump sum of $5,369.84, in the form of a check payable jointly to petitioners and petitioners' counsel, Patricia Finn, on account of services performed by counsel's law firm.

- a lump sum of $2000.00, in the form of a check payable to petitioners, which represents petitioners' own litigation expenses in this case.

In the absence of a timely-filed motion for review filed pursuant to Appendix B of the Rules of the U.S. Court of Federal Claims, the clerk of the court shall enter judgment in accordance herewith.[3]

**IT IS SO ORDERED**

/s/ George L. Hastings, Jr.
George L. Hastings, Jr.
Special Master

---

[3] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing the right to seek review.